# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TINA OXFORD,

    Plaintiff,

v.                                                    Case No: 8:23-cv-127-CEH-AAS

WAL-MART STORES EAST, LP and
DUBOSE,

    Defendants.

_____

## ORDER

Before the Court is Plaintiff's "Notice of Voluntary Dismissal With Prejudice" Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Doc. 22. Review of the docket reveals that Defendants have not filed an answer or a motion for summary judgment. Accordingly, it is

**ORDERED**:

1. This case is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i).

2. The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on April 4, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

2